FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983**

Name ROSENBAUM VINCENT LEE
(Last) (First) (Initial)

Prisoner Number 2069375

Institutional Address 2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

VINCENT LEE ROSENBAUM
(Enter the full name of plaintiff in this action.)

vs.

JUDGE CLAYTON BRENNAN
SHERIFF THOMAS ALLMAN
ED FOULK-DIRECTOR NAPA STATE HOSPITAL
(Enter the full name of the defendant(s) in this action)

SI

Case No. CV 08 3127
(To be provided by the Clerk of Court)

(PR)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

28 U.S.C. 1915 (g)

E-filing

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement NAPA State Hospital

B. Is there a grievance procedure in this institution?

YES (✓) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES ( ) NO (✓)

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. HAPPENED IN UKIAH

08-3127 SI

1. Informal appeal COURT TOLD THE JUDGE YOU CANNOT HAVE A Hearing WITH ME NO LAWYER, NO WITNESSES

2. First formal level COURT OF APPEAL FIRST. DISTRICT RULED PREJUDICIAL ERROR, State CONCEDED

3. Second formal level SUPREME COURT OF CALIFORNIA (PENDING APPEAL)

4. Third formal level U.S. DISTRICT COURT

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓) NO ( ) [illegible] [illegible]

F. If you did not present your claim for review through the grievance procedure, explain why. THE GRIEVANCE PROCEdure at THE HOSPital covers hospital events NOT COURT IN ANOTHER COUNTY

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

VINCENT LEE ROSENBALM
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

JUDGE CLAYTON BRENNAN, SUPERIOR COURT JUDGE

SHeriFF OF MENDOCINO COUNTY THOMAS ALLMAN

ED FOULK - EXECUTIVE DIRECTOR NAPA STATE Hospital

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1) JUDGE BRENNAN DENIED ME A HearING Because I HAD NO LAWYER OR WITNESSES YET SIGNED A COURT ORDER TO DRUG ME ILLEGALLY WITH FALSE DOCTORS REPORTS AND NO Hearing. IF MY RIGHTS TO EXAMINE AND CROSS-EXAMINE WITNESSES WAS UP HELD, NO COURT ORDER WOULD BE SIGNED

2) I TOLD JUDGE BRENNAN I COULD NOT HAVE A Hearing WITH NO LAWYER. BY SIGNING A COURT ORDER TO DRUG ME WITH NO LAWYER MY 6th AMENDMENT RIGHTS were VIOLATED / AND 14th

3) Attempt to kill me AND DRUG ME

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Restitution FOR DRUGGING ME ILLEGALLY

RELEASE FROM ILLEGAL CUSTODY

HelP WITH MEDICAL WHEN RELEASED

A SUMMARY JUDGMENT OF $5 MILLION DOLLARS BE GRANTED FOR ALL THE CRIMES COMMITTED AGAINST ME! APOLOGY FROM JUDGE BRENNAN!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of MAY, 20 08

Vincent Rosenbalm

(Plaintiff's signature)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S**
**IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A. Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B. Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

PROOF OF SERVICE 6/18/08

I am Vincent Rosenbalm an American Citizen over 18 years of age.

ON 6/18/00 I served the within

1) (2) 42 U.S.C. 1983 complaints
2) Financial attachments

by placing a sealed envelope in the Napa State Hospital mail Addressed court Clerk

U.S. District Court
450 Golden Gate Ave
SAN FRANCISCO, CA 94102

From

Vincent Rosenbalm
2100 Napa Vallejo Highway
Napa, CA 94558

Under the penalty of Perjury this is true and correct to the best of my knowledge.

Vincent Rosenbalm