FILED

JUN 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*VINCENT LEE ROSENBAUM*
                    Plaintiff,

    vs.

*JUDGE CLAYTON BRENNAN*
*Sheriff THOMAS ALLMAN*
*ED FOULK-Director NAPA State Hospital*
                    Defendant.

**SI**

**(PR)**

CASE NO. **08      3127**

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

*28 USC 1915 (a)* E-filing

I, *Vincent Lee Rosenbaum*, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ✓ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: *ABOUT $20 week*    Net: *ABOUT $20 week*

Employer: *NAPA State Hospital*
*2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558*

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9    a.   Business, Profession or              Yes ✓ No ___
10        self employment
11   b.   Income from stocks, bonds,           Yes ___ No ✓
12        or royalties?
13   c.   Rent payments?                       Yes ___ No ✓
14   d.   Pensions, annuities, or              Yes ___ No ✓
15        life insurance payments?
16   e.   Federal or State welfare payments,   Yes ✓ No ___
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21    12⁵⁰ Month  Hospital/Welfare

22    3²⁵  AUtHOR HOUSE PUBLISHING

23  3.    Are you married?                      Yes ___ No ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

ALL ESTIMAtes

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____JDR (17)_____

NONE At PRESENT DUE to ILLEGAL IMPRISON ment

5.    Do you own or are you buying a home?        Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    (2)    Yes ✓ No ____

Make _SUBARU_ Year _1992, 1993_ Model _Legacy_

Is it financed? Yes _____ No ✓ If so, Total due: $ ____

Monthly Payment: $ ____

7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ✓ No ____ Amount: $ _0. 15 Approx_

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ✓ No ____

_PERSONAL PROPERTY WORTH ABOUT $ 15,000_

8.    What are your monthly expenses?

Rent: $ _____    Utilities: _____

Food: $ _____    Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

1   9.    Do you have any other debts? (List current obligations, indicating amounts and to

2   whom they are payable. Do not include account numbers.)

3   <u>SCHOOL LOANS</u>       Estimated $5-10,000.00

4   <u>CREDIT CARD Debt</u>     ↓     $5-10,000.00

5   10.    Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?  Yes ✓ No ____

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   <u>        HUNDREDS OF MATters PENDING     </u>

10   <u>        DON'T HAVE ALL COPIES       </u>

11        I consent to prison officials withdrawing from my trust account and paying to the court

12   the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14   understand that a false statement herein may result in the dismissal of my claims.

15

16   5/26/08              Vincent Rosenbalm

17    DATE                 SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2                          Case Number: _____ ____ _____

3                                )

4

5

6

7

8                            **CERTIFICATE OF FUNDS**

9                                    IN

10                        **PRISONER'S ACCOUNT**

11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account

13    statement showing transactions of  Vincent  Rosenbalm  for the last six months

                              [prisoner name]

14    Napa State Hospital_____ where (s)he is confined.

        [name of institution]

15      I further certify that the average deposits each month to this prisoner's account for the

16    most recent 6-month period were $  29.77  __ and the average balance in the prisoner's

17    account each month for the most recent 6-month period was $ 0.00_____ .

18

19    Dated: 4-4-08                Laura Harris, STO

                                      [Authorized officer of the institution]

20

21

22

23

24

25

26

27

28

1

2                                        **Case Number:** _____

3

4

5

6

7

8 **CERTIFICATE OF FUNDS**

9 **IN**

10 **PRISONER'S ACCOUNT**

11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account

13 statement showing transactions of _____ for the last six months

14                                    [prisoner name]
_____ where (s)he is confined.
           [name of institution]

15 I further certify that the average deposits each month to this prisoner's account for the

16 most recent 6-month period were $ _____ and the average balance in the prisoner's

17 account each month for the most recent 6-month period was $_____.

18

19 Dated:_____             _____

20                                          [Authorized officer of the institution]

21

22

23

24

25

26

27

28

- 5 -

CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE
SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE
FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).

4/4/2008
7:54:35AM

NAPA STATE HOSPITAL
TRUST ACCOUNT / CASHIERS' SYSTEM II
Patient Ledger Report

Page 1 of 1

2069375    ROSENBALM, VINCENT

|   | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 | | $0.00 |
| 2 | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 3 | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 | | $0.00 |
| 4 | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 5 | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 | | $0.00 |
| 6 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 7 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 8 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 9 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 10 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 11 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 12 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |
| 13 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 14 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 | | $0.00 |
| 15 | 03/20/2008 | 17-75749 | PP P/E 3/21/08 | PP P/E 3/21/08 | | $75.33 | $75.33 |
| 16 | 03/24/2008 | 13-155495 | Cash Disbursement | cl v728 | $12.50 | | $62.83 |
| 17 | 04/01/2008 | 13-155540 | Cash Disbursement | CL V750 | $45.00 | | $17.83 |

AL WITHDRAWLS / DEPOSITS:                                          $165.75      $178.58

? STAMPS
STAMPS → the
ENVELOPE IS
CUT OFF  in S8
CUT  REC'D.  APP  4/25

REC'D. IN PRO SE
No STAMP = CUTOFF
No Post OFG. DAT=

Vincent Rosental'm
2100 Napa Vallejo Highway
Napa, CA 94558

Fred

Legal Mail
COURt clerk
U.S. District court
450 Golden Gate Ave
SAN FRANCISCO, CA 94102