1. VINCENT ROSENBALM
2. 2100 NAPA VALLEJO HIGHWAY
3. NAPA, CALIFORNIA
4.
5. TO COURT CLERK RICHARD WIEKING, 08-3127 SI
6. 1) I AM WONDERING WHY MY
7. APPLICATIONS TO PROCEED UNDER
8. 28 U.S.C 1915 (g) has NOT been
9. GRANTED, ESPECIALLY DUE TO A
10. Serious ATTACK WITH VIOLENCE ALMOST
11. LEFT ME DEAD. DOES SOMEONE
12. NEED TO BE KILLED BEFORE THE
13. COURT REALIZES A MISTAKE?
14. 2) I AM SURE YOU ARE AWARE
15. OF THE NEW LAW FROM 12/1/07
16. TO SERVE SUMMONS IMMEDIATELY
17. ON LAWSUIT AND CRIMINAL CHARGES.
18. I Believe this is 4 (B), ARE
19. YOU AWARE YOU ARE VIOLATING
20. MY RIGHTS BY NOT serving those
21. SUMMONS IMMEDIATELY?
22. I DO HOPE WE SETTLE THESE
23. ISSUES SOON AND JUSTICE is
24. SERVED.
25.             Vincent Rosenbalm

Vincent Rosenbalm
2000 Napa Vallejo Hwy.
Napa, CA  94558-6293

Legal Mail
Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

